16710

STANTON v. SIMS *ET AL.*
(74 S. E. (2d) 693)

*Mr. George W. Freeman, Jr.,* of Bennettsville, *for Appellant,*

*Messrs. Knight & Bell,* of Chesterfield, *for Respondent,*

*Mr. George W. Freeman, Jr.,* of Bennettsville, *for Appellant, in Reply.*

112

February 3, 1953.

PER CURIAM.

The order of Honorable Joseph R. Moss has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the order be reported as the judgment of this Court.